STC CORP., STC OF AMERICA, INC. AND AMERICAN TAPE CO., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND E.I. DUPONT DE NEMOURS & CO., HOECHST CELANESE CORP., AND ICI AMERICAS INC., DEFENDANT-INTERVENORS

Court No. 95–09–01181

(Dated July 8, 1998)

## JUDGMENT

TSOUCALAS, *Senior Judge:* The Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand, STC Corp. v. United States, Court No. 95–09–01181, Slip Op. 97–173 (December 15, 1997)* ("Remand Results"), and Commerce having complied with the Court's Remand, it is hereby

ORDERED that the Remand Results are affirmed in their entirety; and it is further

ORDERED that this case is dismissed.